UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN MARSHALL GIBSON,<br><br>                              Plaintiff,<br><br>           -against-<br><br>PASTA CITY, et al.<br><br>                              Defendants. | 1:23-CV-9112 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 27, 2023, the Court granted Plaintiff, who is incarcerated, appears *pro se*, and proceeds *in forma pauperis*, 60 days' leave to file an amended complaint. (ECF 6.) On January 11, 2024, the Court received a letter from Plaintiff in which he requests an extension of time to comply with that order. (ECF 7.) The Court grants Plaintiff's request. The Court grants Plaintiff an additional 60 days from the expiration of the 60-day period mentioned in the Court's November 27, 2023 order, or until March 26, 2024, to comply with that order. If Plaintiff fails to comply with the Court's November 27, 2023 order within the extended time allowed, the Court will dismiss this action for the reasons set forth in that order.

SO ORDERED.

Dated: January 12, 2024
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge