UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN MARSHALL GIBSON,<br><br>                        Plaintiff,<br><br>-against-<br><br>PASTA CITY, Company Registration # TR-27-K-000663, Pasta Works, 2340 NE Sandy Blvd, Portland OR 97232; NORTHSHORE BOTTLING, 1900 Linden Ave Brooklyn, New York 11207,<br><br>                        Defendants. | 1:23-CV-9112 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 14, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 14, 2024
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                             Chief United States District Judge